UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| FARMWORKER JUSTICE, PESTICIDE ACTION & AGROECOLOGY NETWORK (PAN) NORTH AMERICA, and CENTER FOR FOOD SAFETY,<br><br>*Petitioners*,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator,<br><br>*Respondents*. | Case No. 25-8118 |

**JOINT MOTION TO EXTEND EPA'S DEADLINE TO FILE CERTIFIED INDEX AND SUSPEND THE BRIEFING SCHEDULE**

The Parties jointly move to extend the deadline of Respondents United States Environmental Protection Agency, *et al.* ("EPA") to file the certified index to the administrative record, from February 9, 2026, to March 31, 2026. Further, the Parties move to suspend the briefing schedule, with motions to govern due April 21, 2026.[1] In support of their motion, the Parties state as follows:

---

[1] Proposed Intervenor-Respondent Syngenta Crop Protection, LLC does not oppose this motion.

1

1. On December 29, 2025, Petitioners filed this petition for review under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), 7 U.S.C. § 136n(b), challenging EPA's orders approving the registration of cyclobutrifluram as a new active ingredient and registration of one technical and four end use products containing cyclobutrifluram.

2. Under Rule 17 of the Federal Rules of Appellate Procedure EPA's deadline to file a certified list of all documents constituting the record is presently February 9, 2026. EPA requires a short extension to March 31, 2026. *See* Fed. R. App. P. 17(a), 26(b).

3. Good cause exists for this extension. EPA is presently compiling the documents in the administrative record, but needs additional time given the size of the record and the existence of confidential business information, which will require negotiation and entry of a protective order.

4. In particular, EPA's review and indexing of the administrative record for the challenged order is a significant and resource-intensive undertaking. In addition, EPA expects the administrative record to contain large amounts of confidential business information and other information that, pursuant FIFRA Section 10, are subject to release restrictions and limitations that require additional time to address. 7 U.S.C. § 136h(g). In addition, EPA has identified a large

number of potential record emails that need to be reviewed for personal identifying information and redaction.

5. In addition, to accommodate the requested extension and the Parties' ongoing discussions regarding an appropriate extension of the briefing schedule, Petitioners and EPA jointly request that the Court suspend the briefing schedule and order the Parties to file, on April 21, 2026, a joint motion to govern further proceedings in this case. The Parties are presently negotiating a briefing schedule, but it will depend, in part, on Petitioners' review of the record.

6. Pursuant to Circuit Rule 27-1 and the accompanying Advisory Committee Note, undersigned counsel represents that they have conferred with counsel for Proposed Intervenor-Respondent and have been authorized to represent it does not oppose the relief requested.

WHEREFORE, the Parties respectfully request that the Court grant its motion and issue an order:

1) extending EPA's deadline to file the certified index to the administrative record until March 31, 2026;
2) that the current briefing schedule be suspended and the Parties ordered to file a joint motion to govern the briefing schedule on April 21, 2026.

Respectfully submitted this 30th day of January 2026.

ADAM R.F. GUSTAFSON
*Deputy Principal Assistant Attorney General*

*/s/ Mario A. Luna*
Mario A. Luna
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 532-3357
Email: Mario.Luna@usdoj.gov

*Counsel for Respondents*

*/s/ Amy van Saun*
Amy van Saun
Senior Attorney
Center for Food Safety
2009 NE Alberta St. Ste. 207
Portland, Oregon 97216
Phone: (202) 547-6510
Email: avansaun@centerforfoodsafety.org

*Counsel for Petitioners*

## **CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 463 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

                                           */s/ Mario A. Luna*
                                           MARIO A. LUNA

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of January, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Mario A. Luna*
MARIO A. LUNA

6