# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FARMWORKER JUSTICE,
PESTICIDE ACTION &
AGROECOLOGY NETWORK
(PAN) NORTH AMERICA, and
CENTER FOR FOOD SAFETY,

*Petitioners*,

v.

UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY; and
LEE ZELDIN, in his official capacity
as Administrator,

*Respondents*,

SYNGENTA CROP PROTECTION,
LLC,

*Intervenor*.

Case No. 25-8118

## JOINT MOTION TO RESET BRIEFING SCHEDULE

Petitioners Farmworker Justice, Pesticide Action & Agroecology Network (PAN) North America, and Center for Food Safety, Respondents United States Environmental Protection Agency *et al.* ("EPA"), and Intervenor Syngenta Crop Protection, LLC (collectively, "the Parties") respectfully request the Court adopt the Parties' revised briefing schedule.

On January 30, 2026, Petitioners and Respondents jointly moved to extend EPA's deadline to file the certified index to the administrative record and to suspend the briefing schedule.  Docket Entry No. 16.  On March 3, 2026, the Court granted that motion and directed Parties to file a joint motion to reset the briefing schedule by April 21, 2026.   Docket Entry No. 17.

Pursuant to the Court's March 3, 2026 order, the Parties conferred and agreed upon the revised briefing schedule set forth below:

| Filing | Deadline |
| --- | --- |
| Petitioners' Opening Brief | July 14, 2026 |
| Respondents' Answering Brief | October 19, 2026 |
| Intervenor's Answering Brief | November 2, 2026 |
| Petitioners' Reply Brief | November 23, 2026 |

WHEREFORE, the Parties respectfully request that the Court reset the briefing schedule and adopt the Parties' revised schedule set forth above.

Dated: April 21, 2026.

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*/s/ Mario A. Luna*
Mario A. Luna
U.S. Department of Justice

2

Environment & Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 532-3357
Email: Mario.Luna@usdoj.gov

*Counsel for Respondents*


/s/ *Amy van Saun*

Amy van Saun
Senior Attorney
Center for Food Safety
2009 NE Alberta St. Ste. 207
Portland, Oregon 97216
Phone: (202) 547-6510
Email:
avansaun@centerforfoodsafety.org

*Counsel for Petitioners*


/s/ *David Y. Chung*

Kirsten L. Nathanson
David Y. Chung
Lynn T. Phan
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
DChung@crowell.com

*Counsel for Intervenor-Respondent*
*Syngenta Crop Protection, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 21st day of April 2026, the foregoing **JOINT MOTION TO RESET BRIEFING SCHEDULE** has been filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

*/s/ Mario A. Luna*
MARIO A. LUNA
