UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| FARMWORKER JUSTICE; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator, <br><br> Respondents, <br><br> _____ <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> Intervenor. | No. 25-8118 <br><br> Agency No. EPA-HQ-OPP-2022-0003-0082 <br> Environmental Protection Agency <br><br> ORDER |

Before: FRIEDLAND and BADE, Circuit Judges.

The motion for a protective order (Docket Entry No. 20) is granted. The proposed protective order appended to this order is entered.

The existing briefing schedule remains in effect.