# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FARMWORKER JUSTICE,              )  Case No. 25-8118
PESTICIDE ACTION &               )
AGROECOLOGY NETWORK              )
(PAN) NORTH AMERICA, and         )
CENTER FOR FOOD SAFETY,          )
                                 )
    *Plaintiffs-Appellants,*          )
                                 )
    v.                           )
                                 )
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and
LEE ZELDIN, in his official capacity as
Administrator,

    *Defendants-Appellees.*

---

1

## CENTER FOR FOOD SAFETY, ET AL. APPELLANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Pursuant to Circuit Rule 31-2.2(b), Plaintiff-Appellants Center for Food Safety and Pesticide Action Network North America (collectively Appellants) respectfully request a 100-day extension of time to file Appellants' opening brief in the above-captioned case, from July 14, 2026, to October 22, 2026, with Federal Appellees answering brief due February 16, 2027, Intervenor-Appellees' answering brief due March 2, 2027, and Appellants' reply due March 23, 2027. As detailed below and in the concurrently filed Declaration of Amy van Saun, Appellants make this request for an extension of time based on substantial need and compelling circumstances. This is Appellants' first extension request.

A 100-day extension from the current reply brief deadline of July 14, 2026, is warranted as Appellants' lead counsel has an upcoming surgery and recovery period, and this is the main basis for the time extension. van Saun Decl. ¶ 3. This extension will not prejudice any party and is further required by oral argument before this Court in another case the week of September 14-18. van Saun Decl. ¶ 4.

Pursuant to Circuit Rule 27-1, counsel for Appellants has solicited the positions of the other parties. van Saun Decl. ¶ 5. As to the time extension both Federal Defendant-Appellees and Intervenor-Appellees indicated they do not oppose. *Id.*

Therefore, Appellants respectfully request that the Court extend the deadline for Appellants' Reply Brief from July 14, 2026, to October 22, 2026, with Federal Appellees answering brief due February 16, 2027, Intervenor-Appellees' answering brief due March 2, 2027, and Appellants' reply due March 23, 2027.

Respectfully submitted June 23, 2026.

s/ Amy van Saun
Amy van Saun
2009 NE Alberta Street, Suite 207
Portland, OR 97211
T: (971) 271-7372
avansaun@centerforfoodsafety.org

*Counsel for Appellants*