# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| FARMWORKER JUSTICE, PESTICIDE ACTION & AGROECOLOGY NETWORK (PAN) NORTH AMERICA, and CENTER FOR FOOD SAFETY,<br><br>    *Plaintiffs-Appellants,*<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as Administrator,<br><br>    *Defendants-Appellees.* | Case No. 25-8118 |

1

## DECLARATION OF AMY VAN SAUN IN SUPPORT OF CENTER FOR FOOD SAFETY, ET AL. APPELLANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

I, Amy van Saun, hereby declare as follows:

1.      I am lead counsel for Appellants Center for Food Safety and Pesticide Action Network North America in the above-captioned case. I have personal knowledge of the facts stated herein.

2.      Good cause exists for a 100-day extension for Appellants to file their reply brief, from the current deadline of July 14, 2026, to October 22, 2026, with commensurate extensions for the answering and reply briefs.[1] This is Appellants' first extension request.

3.      Additional time is necessary for Appellants to prepare their opening brief given that I am Appellants' lead counsel and I have a medical leave of six weeks starting shortly. Given this surgery and recovery period, as well as competing deadlines upon return, the extension is required.

4.      Further, this extension is reasonable because I have oral argument in another case before this Court the week of September 14-18. No party will be prejudiced by this extension request.

---

[1] Federal Appellees answering brief would be due February 16, 2027, Intervenor-Appellees' answering brief due March 2, 2027,  and Appellants' reply due March 23, 2027.

5.    On June 16, 2026, I solicited the positions of the other parties on Appellants' current request to extend the deadline for their opening brief in the above-captioned case, from July 14, 2026, to October 22, 2026, with Federal Appellees answering brief due February 16, 2027, Intervenor-Appellees' answering brief due March 2, 2027,  and Appellants' reply due March 23, 2027. Appellees and Intervenor-Appellees do not oppose the extension as communicated on June 18-22, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted June 23, 2026.

s/ Amy van Saun
Amy van Saun
2009 NE Alberta Street, Suite 207
Portland, OR 97211
T: (971) 271-7372
avansaun@centerforfoodsafety.org

*Counsel for Appellants*

3